[Dkt. No. 7]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC,<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>DON TEQUILA BAR & GRILL L.L.C. D/B/A DON TEQUILA BAR & GRILL; SANTO DIAZ HIDALGO; JOHN DOES 1-10 AND ABC CORPS. 1-10,<br><br>　　Defendants. | Civ. No. 19-00084 (RMB/JS)<br><br>**ORDER** |

**THIS MATTER** having come before the Court upon Motion for Default Judgment [Docket No. 7] by Plaintiff G&G Closed Circuit Events, LLC (the "Plaintiff"), seeking entry of default judgment against Defendants Don Tequila Bar & Grill L.L.C. d/b/a Don Tequila Bar & Grill and Santo Diaz Hidalgo (the "Defendants"), pursuant to Federal Rule of Civil Procedure 55(b)(2); and the Court having reviewed the Plaintiff's submissions; and the Court having received no opposition to the motion;

**IT IS HEREBY**, on this  **13th**  day of **January, 2020**,

**ORDERED** that Plaintiff's Motion for Default Judgment against Defendants is **GRANTED IN PART AND DENIED IN PART**; and it is further

**ORDERED** that judgment shall be entered in favor of Plaintiff and against Defendants, jointly and severally, in the amount of $4,800.00 representing (1) $1,600.00 in statutory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II); and (2) $3,200.00 in enhanced statutory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(ii); and it is further

**ORDERED** that if Plaintiff seeks an award of reasonable attorneys' fees and costs, the appropriate application(s) shall be filed on the docket within 30 days of the date of this Order.

s/Renée Marie Bumb
RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE
